IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CHERYL H. FRAZIER<br>Debtor | CASE NO. 07-10074  DHW |
| CHERYL H. FRAZIER<br>Plaintiff | |
| v. | ADV NO. 02-03032  DHW |
| ACCREDITED HOME LENDERS, INC.<br>Defendant | |
| | 1:07MC3379-MHT |

### CLERK'S CERTIFICATE

I, Dianne M. Segrest, Deputy Clerk of the United States Bankruptcy Court for the Middle District of Alabama, do hereby certify that the documents herein comprise the record on motion to withdraw reference :

**1) Motion to withdraw the reference**

In witness Whereof, I have hereunto subscribe my name and affixed the seal of said court at Montgomery in said district on this 10th day of December, 2007.



RICHARD S. ODA, CLERK
UNITED STATES BANKRUPTCY COURT

/s Dianne M. Segrest
**Deputy Clerk**
334-954-3856

Digitally signed by Richard Oda
DN: c=US, o=United States
Bankruptcy Court, ou=summons-
seal, cn=Richard Oda
Date: 2007.12.10 10:17:29 -06'00'