IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHERYL H. FRAZIER, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| CHERYL H. FRAZIER | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07mc3379-MHT |
| | ) | |
| ACCREDITED HOME LENDERS, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

Upon consideration of defendant Accredited Home Lenders, Inc.'s motion for withdrawal of reference (Doc. No. 1), it is ORDERED as follows:

(1) Plaintiff Cheryl H. Frazier is to show cause, if any there be, in writing by January 2, 2008, as to why said motion should not be granted.

(2) The motion is set for on-the-record oral argument on January 9, 2008, at 10:00 a.m. Counsel for defendant Accredited Home Lenders, Inc. is to arrange for the oral argument to be conducted by telephone.

DONE, this the 11th day of December, 2007.


                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE