IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHERYL HALL FRAZIER ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL CASE NO.: |
| ) | 1:07-mc-03379-MHT |
| ACCREDITED HOME LENDERS, ) | |
| INC., d/b/a HOME FUNDS DIRECT ) | |
| ) | |
| DEFENDANT. ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW Cheryl H. Frazier, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.  This party is an individual.

Dated this 12th day of December, 2007.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Cheryl Hall Frazier
21 South Section Street
Fairhope, AL  36532
251-990-5558 (voice)
251-990-0626 (fax)
epunderwood@alalaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Douglas Minor, Jr.
Bradley ARant Rose & White, LLP – MS
PO Box 1789
Jackson, MS 39215-1789

Robert E. Poundstone, IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

                                       /s/ Earl P. Underwood, Jr.
                                       Earl P. Underwood, Jr.