# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHERYL HALL FRAZIER** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **V.** ) | **CIVIL CASE NO.:** |
| ) | **1:07-mc-03379-MHT** |
| **ACCREDITED HOME LENDERS,** ) | |
| **INC., d/b/a HOME FUNDS DIRECT** ) | |
| ) | |
| **DEFENDANT.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Accredited Home Lenders, Inc., a Defendant in the above-captioned matter, through counsel, in accordance with the Order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Accredited Home Lenders Holding Co. | Parent Company |
| Accredited Investments, LLC | Parent Company of Accredited Home Lenders Holding Co. |
| Accredited Holdings, LLC | Parent Company of Accredited Investments, LLC |
| Lone Star Fund V (U.S.), L.P.; HudCo (Global) V, L.P.; HudCo Partners V (Americas), L.P.; LSF V International Finance, L.P. | Managing Members of Accredited Holdings, LLC |

Respectfully submitted, this the 13th day of December, 2007.

4/114317.2

                                              ACCREDITED HOME LENDERS, INC.

                                              s/ J. Douglas Minor, Jr.
                                              J. DOUGLAS MINOR, JR. [MSB #10045]

<u>OF COUNSEL</u>

J. Douglas Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

4/114317.2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Earl P. Underwood, Jr.
>Law Offices of Earl P. Underwood, Jr.
>P.O. Box 969
>21 South Section Street
>Fairhope, AL 36533-0969

>Respectfully submitted,

>s/ J. Douglas Minor, Jr.