IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **CHERYL HALL FRAZIER** | ) | |
| | ) | |
|     **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL CASE NO.:** |
| | ) | **1:07-mc-03379-MHT** |
| **ACCREDITED HOME LENDERS,** | ) | |
| **INC., d/b/a HOME FUNDS DIRECT** | ) | |
| | ) | |
|     **DEFENDANT.** | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned, pursuant to the Federal Rules of Civil Procedure, and respectfully moves this Court for admission pro hac vice of James D. Minor, Jr., of Bradley Arant Rose & White LLP., in connection with the representation of Defendant Accredited Home Lenders, Inc. in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1. Mr. Minor practices with the law firm of Bradley Arant Rose & White LLP in the firm's Jackson, Mississippi office.

2. Mr. Minor is qualified, admitted, and licensed to practice before the United States District Court for the Southern District of Mississippi. Mr. Minor has never been disciplined or otherwise disqualified from the practice of law. Attached as Exhibit 1 to this motion is the Certificate of Good Standing from the United States District Court for the Southern District of Mississippi.

3. Robert E. Poundstone, IV of Bradley Arant Rose & White LLP in Montgomery, Alabama will assist in the representation of Accredited Home Lenders, Inc.

4. A $50.00 fee for Mr. Minor's admission is being delivered separately to the Clerk's office.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Mr. Minor be admitted to practice *pro hac vice* before this Court.

Dated: December 14, 2007

                 Respectfully submitted,

                 s/ Robert E. Poundstone, IV
                 Robert E. Poundstone, IV
                 One of the Attorneys for Defendant
                 Accredited Home Lenders Inc.

<u>OF COUNSEL</u>

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

J. Douglas Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Earl P. Underwood, Jr.
> Law Offices of Earl P. Underwood, Jr.
> P.O. Box 969
> 21 South Section Street
> Fairhope, AL 36533-0969

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None.

        Respectfully submitted,

        s/ Robert E. Poundstone, IV
        Robert E. Poundstone, IV
        Bradley Arant Rose & White LLP
        The Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        E-mail: bpoundstone@bradleyarant.com

# UNITED STATES DISTRICT COURT

| SOUTHERN | **DISTRICT OF** | MISSISSIPPI |

**CERTIFICATE OF
GOOD STANDING**

I, _____J. T. NOBLIN_____, *Clerk of this Court,*

certify that  James Douglas Minor, Jr.  , Bar # 10045         ,

*was duly admitted to practice in this Court on*

_____9/28/95_____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at   Jackson, Mississippi   on  December 13, 2007 .
LOCATION                              DATE


J. T. NOBLIN                                    *[signature]*
CLERK                                          DEPUTY CLERK