IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHERYL H. FRAZIER, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| CHERYL H. FRAZIER ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07mc3379-MHT |
| ) | |
| ACCREDITED HOME LENDERS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 10) is granted.

DONE, this the 14th day of December, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE