```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001675
Cashier ID: brobinso
Transaction Date: 12/17/2007
Payer Name: BRADLEY ARANT ROSE WHITE
------------------------------------
PRO HOC VICE
  For: JAMES DOUGLAS MINOR
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
------------------------------------
CHECK
  Check/Money Order Num: 004691
  Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:      $0.00

1:07-mc-03379-MHT
```