IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CHERYL HALL FRAZIER, | ) |
| | ) |
| DEBTOR, | ) |

| | |
|---|---|
| CHERYL HALL FRAZIER | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. |
| | ) 2:07-MC-03379-MHT |
| ACCREDITED HOME LENDERS, | ) |
| INC., d/b/a HOME FUNDS DIRECT | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR WITHDRAWAL OF REFERENCE**

COMES NOW the Plaintiff by and through her undersigned attorney and shows as follows:

1. Plaintiff does not oppose Defendant's *Motion for Withdrawal of Reference* (Doc. 1) which was filed on December 10, 2007.

Respectfully submitted this December 20, 2007.

> /s/ Earl P. Underwood, Jr.
> Earl P. Underwood, Jr.
> Law Offices of Earl P. Underwood, Jr.
> Post Office Box 969
> Fairhope, AL 36533-0969
> 251-990-5558 (voice)
> 251-990-0626
> epunderwood@alalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Douglas Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
Jackson MS 39215-1789

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Ave. Suite 780
Montgomery, AL 36104

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.